UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN JOHNSON,

        Petitioner,

                              CASE NO. 04-CV-70321-DT
v.                           HONORABLE VICTORIA A. ROBERTS

GERALD HOFBAUER,

        Respondent.
                             /

### ORDER DENYING PETITIONER'S MOTION FOR REHEARING

      Before the Court is Petitioner's Motion for Rehearing, brought pursuant to Federal Rule of Civil Procedure 59(e), concerning this Court's dismissal of his habeas corpus petition and denial of a certificate of appealability. Petitioner asserts that the Court erred in concluding that his habeas petition, brought pursuant to 28 U.S.C. § 2254 and challenging his first-degree murder, assault, and felony murder convictions, lacks merit and does not warrant habeas relief. Petitioner also asserts that the Court erred in denying him a certificate of appealability.

      A motion for rehearing or reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). He is therefore not entitled to relief from judgment in this case.

Accordingly,

**IT IS ORDERED** that Petitioner's motion is **DENIED**.

s/Victoria A. Roberts<br>
Victoria A. Roberts<br>
United States District Judge

Dated:  May 17, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 17, 2005.

s/Linda Vertriest
Deputy Clerk